## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN PATRICK SULLIVAN             :             CIVIL ACTION
                                   :
              v.                    :
                                   :
KEVIN KUFFMAN, *et al.*             :             NO.  15-5937

### ORDER

**AND NOW**, this 10th day of May 2016, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that:

1.  The exhaustion requirement is excused for this case;

2.  On or before July 11, 2016, the Commonwealth shall Answer all of Petitioner's habeas claims.

It is so **ORDERED**.

**BY THE COURT**:


     */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge